*RAVEN, CLANCY & McDONAGH, P.C.*
182 NORTH COURT AVENUE
TUCSON, AZ 85701
(520) 628-8700

Dennis J. Clancy (011425)
email: dclancy@ravlaw.com

Attorneys for Automotive Partners Funding

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>JAN CHANEY<br><br>Debtor. | Chapter 13 Proceeding<br><br>No. 4:17-bk-00259-BMW<br><br>**OBJECTION TO CHAPTER 13 PLAN** |

Creditor Automotive Partners Funding ("APF"), by and through counsel undersigned, submits its limited objection to Debtor's Chapter 13 Plan as set forth below.

1. APF is a secured creditor pursuant to a Retail Installment Sale Contract regarding Debtor's purchase of a 2013 Hyundai Elantra.

2. APF objects to its treatment in the plan regarding the interest rate to be paid, the value of the vehicle and the debt amount versus the proposed amount to be paid on a secured claim.

3. The proposed interest rate of 5% is substantially below the contract interest rate. APF proposes an interest rate of 7.0%, which would be "market correct". Debtor lists the value of the vehicle as $15,000.00, but does not provide the valuation method. The debt amount as of the filing date was $22,125.49, with $21,664.46 secured and $461.l03 unsecured.. Debtor proposes to pay $15,000 plus 5% interest (total of $16,984.20).

WHEREFORE, APF respectfully requests this Court deny confirmation of Debtor's Chapter 13 Plan, until such time as these concerns are addressed.

DJC\kal\ 10545-028 | 022117 10:53am
Plan Obj.wpd

RESPECTFULLY SUBMITTED this 21st day of February 2017.

                            RAVEN, CLANCY & McDONAGH, P.C.

                            By: /s/Dennis J. Clancy #011425
                                Dennis J. Clancy
                                Attorneys for Automotive Partners Funding

Copy of the foregoing mailed this
21st day of February 2017, to:

ERIC OLLASON
182 NORTH COURT AVENUE
TUCSON AZ 85701

DIANNE C KERNS
7320 N LA CHOLLA #154 PMB 413
TUCSON AZ 85741-2305

DJC\kal\ 10545-028 | 022117 10:53am
Plan Obj.wpd

2